[Cite as *Washington Mut. Bank v. Beatley,* 122 Ohio St.3d 1212, 2009-Ohio-2611.]

**WASHINGTON MUTUAL BANK, FKA WASHINGTON MUTUAL BANK, FA *v*. BEATLEY ET AL., APPELLANTS; FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER, APPELLEE.**

**[Cite as *Washington Mut. Bank v. Beatley,***

**122 Ohio St.3d 1212, 2009-Ohio-2611.]**

*Certification of conflict dismissed as improvidently certified.*

(No. 2008-1056 — Submitted May 19, 2009 — Decided June 10, 2009.)

CERTIFIED by the Court of Appeals for Franklin County,

No. 06AP-1189, 2008-Ohio-1679.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently certified.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Taft, Stettinius & Hollister, L.L.P., Charles A. Bowers, and Gregory J. O'Brien, for appellee.

Kevin E. Humphreys, for appellants.

_____